No. 4. Fernández *v.* Mojica. Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Enero 23, 1905. Moción para

que se desestime la apelación por no haber presentado la parte apelante la transcripción de autos dentro de los veinte días después de presentado el escrito de apelación. Desestimada la moción. Abogados del promovente: *Sres. Coll Cuchi y Antonsanti.* Abogados de la parte opositora: *Sres. Acuña y Méndez.*